**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 26-cv-2518-WJM

KULBIR SINGH,

      Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Denver
Contract Detention Facility, *et al*.

      Respondents.

---

## ORDER

---

This matter is before the Court upon reassignment from Magistrate Judge Susan Prose (ECF No. 12). The briefing on Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is complete, and the Court will issue its ruling on the Petition in due course.

**In addition, pursuant to the All Writs Act, 28 U.S.C. § 1651, and in order to preserve this Court's jurisdiction, Respondents are hereby ENJOINED from removing, transferring, or causing to remove or transfer, Petitioner from the District of Colorado until such time as this Court, or the Tenth Circuit Court of Appeals, vacates this Order.**

Dated this 29th day of June, 2026.

BY THE COURT:

_____
William J. Martinez
Senior United States District Judge